AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION | ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court<br>219 S. Dearborn<br>Chicago, IL. 60604 |
|---|---|---|
| DOCKET NO.<br>26cv11617 | DATE FILED<br>09/22/2026 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| Thomas Fedro. | The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | M NAVARRO | 09/23/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-405-440**
**Effective Date of Registration:**
July 05, 2024
**Registration Decision Date:**
July 26, 2024

## Title

**Title of Work:** Searching

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** September 26, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Thomas Fedro
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Thomas Fedro
463 Pine Lake Circle, Vernon Hills, IL, 60061, United States

## Rights and Permissions

**Name:** Thomas Fedro
**Email:** fidostudio@comcast.net
**Address:** 463 Pine Lake Circle
Vernon Hills, IL 60061 United States

## Certification

**Name:** David Denholm
**Date:** July 05, 2024
**Applicant's Tracking Number:** TF2024070508



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-405-438**
**Effective Date of Registration:**
July 05, 2024
**Registration Decision Date:**
July 26, 2024

## Title

**Title of Work:** Mrs. Brightside

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** June 25, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Thomas Fedro
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Thomas Fedro
463 Pine Lake Circle, Vernon Hills, IL, 60061, United States

## Rights and Permissions

**Name:** Thomas Fedro
**Email:** fidostudio@comcast.net
**Address:** 463 Pine Lake Circle
Vernon Hills, IL 60061 United States

## Certification

**Name:** David Denholm
**Date:** July 05, 2024
**Applicant's Tracking Number:** TF2024070506

